UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 11-cv-07148 ) |
| **M. JASON HANOLD,** | ) Honorable Judge Ronald A. Guzman ) |
| Defendant. | ) ) ) ) |

# MOTION FOR ENTRY OF AGREED FINAL JUDGMENT
## AGAINST DEFENDANT M. JASON HANOLD

Plaintiff Securities and Exchange Commission ("Commission") hereby moves as follows:

1. The Commission has reached a settlement with Defendant M. Jason Hanold ("Hanold"). As reflected in the agreed Final Judgment that the Commission attaches as Exhibit 1 to this motion, the settlement would include, among other terms and conditions, the entry of an injunction permanently enjoining Hanold from violating Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, liability for Hanold to pay disgorgement of $10,241, together with prejudgment interest thereon in the amount of $284, and a civil penalty in the amount of $10,241, for a total of $20,766.

2. The Consent of M. Jason Hanold, entered into in conjunction with the settlement, is attached as Exhibit 2.

3. Entry of the agreed Final Judgment will completely resolve this matter.

WHEREFORE, Plaintiff Securities and Exchange Commission respectfully requests that the Court grant its motion, enter the agreed Final Judgment with respect to Defendant M. Jason Hanold.

Respectfully Submitted,

DATED: October 11, 2011

s/ James G. O'Keefe
JAMES G. O'KEEFE
(Illinois Bar No. 6293490)

An Attorney for Plaintiff
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 886-2239
Facsimile:   (312) 353-7398
Email: OkeefeJ@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2011, I electronically filed the Motion for Entry of Agreed Final Judgment with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois, using the electronic case filing system of the Court. I provided service to the persons listed below by electronic mail and U.S. mail:

James Streicker, Esquire
Terence Campbell, Esquire
Cotsirilos, Tighe & Streicker, LLP
33 N. Dearborn Street, Suite 600
Chicago, Illinois 60602

Date: October 11, 2011

s/ James G. O'Keefe
JAMES G. O'KEEFE (Illinois Bar No. 6293490)
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 886-2239
Facsimile: (312) 353-7398